DOA 11/6/23

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:   MJ 22-3448 |
| Lourdes Olivarria. | 23-3448 |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Yuma in the District of Arizona, the defendant violated 18 U.S.C. §§ 554, 922(g)(1), and 924(a)(8), offenses described as follows:

### See Attachment A – Description of Counts

I further state that I am a Special Agent for Homeland Security Investigations and that this complaint is based on the following facts:

### See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.

Continued on the attached sheet and made a part hereof:       ☒Yes       ☐ No

AUTHORIZED BY: Patrick Chapman, AUSA

PATRICK CHAPM̶ CHAPMAN
Digitally signed by PATRICK CHAPMAN
Date: 2023.11.07 17:07:54 -07'

THOMAS A TAYLOR
Digitally signed by THOMAS A TAYLOR
Date: 2023.11.07 17:03:34 -07'

Thomas Taylor, Special Agent, HSI
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

11/7/2023                                                          at       Phoenix, Arizona

Date                                                                              City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

Michael T. Morrissey

Signature of Judicial Officer

### ATTACHMENT A
### DESCRIPTION OF COUNTS
### COUNT 1
#### Felon in Possession of Firearms

On or about November 6, 2023, in the District of Arizona, Defendant LOURDES OLIVARRIA, knowing that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearm(s) in and affecting interstate or foreign commerce, to wit:

- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT250;
- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT251; and
- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBNB210.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 2
#### Smuggling Goods from the United States

On or about November 6, 2023, in the District of Arizona, Defendant LOURDES OLIVARRIA knowingly and intentionally attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, and in any manner facilitated the transportation and concealment of such merchandise, article or object, that is; one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT250; one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT251; and one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBNB210, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Thomas Taylor, a Special Agent with Homeland Security Investigations (HSI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    Your affiant is a Special Agent (SA) with Homeland Security Investigations (HSI) assigned to the Yuma, Arizona office.  Your affiant has been a Special Agent for HSI since December 2022. During this period, your affiant has conducted investigations of narcotics smuggling, human smuggling and immigration offenses. Prior to becoming a Special Agent for HSI Yuma, your affiant was a Uniformed Division Officer with U.S. Secret Service for three (3) years.  During this time, your affiant was assigned to protect the White House, the Vice President's Residence, and Foreign Embassies within the Metro DC Area. Your affiant has attended and completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSI/SAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

2.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.  Based on the below facts, your affiant submits there is probable cause that Lourdes OLIVARRIA committed the crimes of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and Smuggling Goods from the United States, in violation of 18 U.S.C. § 554.

## PROBABLE CAUSE

3.    On November 6, 2023, Jones & Jones, a Yuma-area Federal Firearms Licensee (FFL), contacted Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Kyle Dandoy regarding Isamar Oropeza (Oropeza), who had just purchased a firearm. The FFL contacted SA Dandoy based on a prior ATF inquiry for Oropeza's

1

firearms' purchases. ATF inquired about Oropeza because she had purchased a firearm that was recently recovered in Mexico with a six-day "time-to-crime." The FFL told agents that on November 6, 2023, Oropeza had arrived in a white 2005 Toyota Corolla with Arizona license plate, JFA14H (Target Vehicle) and purchased a Glock firearm. Earlier on November 6, 2023, Elia Monroy (Monroy) had arrived at Jones & Jones in what appeared to be the same vehicle and picked up two Glock firearms that she had previously purchased on October 9, 2023.

4.    Records showed that Monroy crossed the San Luis Port of Entry earlier on November 6, 2023, in the Target Vehicle. Due to this information, agents contacted the San Luis Port of Entry to alert them of the potential outbound firearms in the Target Vehicle.

5.    At approximately 5:45 p.m., Customs and Border Protection Officer (CBPO) Melnyk in the Operations Center notified CBPO Jesus Espinoza that the Target Vehicle was preparing to cross into Mexico at the San Luis Port of Entry. At approximately 5:50 p.m., CBPO Espinoza contacted the driver of the Target Vehicle in the outbound lane of the San Luis Port of Entry and identified the driver as LOURDES OLIVARRIA (OLIVARRIA). CBPO asked OLIVARRIA her destination, to which she replied with San Luis Rio Colorado, Mexico. CBPO Espinoza received a negative oral Customs Outbound Declaration to include firearms, ammunition, or over $10,000 cash. OLIVARRIA was then removed from the car and another agent drove the Target Vehicle to the Z-Portal vehicle X-Ray system.

6.    Upon a complete scan of the Target Vehicle, anomalies were located on the front seat area. The Target Vehicle was then taken to the secondary lot where CBPO Sandoval completed a 7-point inspection of the Target Vehicle and found two gun cases hidden underneath the passenger seat and one gun case hidden under the driver seat. Each case contained a Glock 17 Gen 5, 9 mm firearm and three 9 mm magazines. The firearms bore serial numbers CBCT250, CBCT251, and CBNB210. A total of three handguns and nine 9 mm magazines were seized.

2

7.    At approximately 6:00 p.m., the port apprised ATF SA Dandoy of the situation.  SA Dandoy then contacted Homeland Security Investigations (HSI) SA Thomas Taylor.  HSI SA Taylor, HSI SA Nichols, ATF SA Dandoy, and ATF SA Alvarez then responded to the port to conduct an interview with OLIVARRIA.

8.    At approximately 8:30 p.m., HSI SA Taylor, HSI SA Nichols, ATF SA Dandoy, and ATF SA Alvarez began a recorded interview with OLIVARRIA.  The interview was completed in English and Spanish.  SA Alvarez, who is a fluent, native Spanish speaker, was present to translate.  The following is not verbatim, and a recorded copy will be kept in the case agent's case file.

9.    At approximately 8:32 p.m., SA Taylor provided OLIVARRIA a copy of her *Miranda* Rights on ICE Form 43-025 (7/13) (Spanish/Espanol).  OLIVARRIA read the form aloud, stated she understood her rights, and wished to waive her rights.  OLIVARRIA signed the appropriate place on the form stating she wished to waive her rights and speak without an attorney present.

10.    After OLIVARRIA waived her rights, SA Taylor obtained biographical information, to include OLIVARRIA's residence in Mexico, her son's address in San Luis that was on her driver's license, and her criminal history.  OLIVARRIA admitted to being a felon.  SA Taylor then had OLIVARRIA explain that she knew she was not allowed to possess firearms.

11.    OLIVARRIA then went through her day, stating that she crossed with her daughter, Monroy, and went to Walmart.  Monroy then left with a friend and later came back to pick her up.  OLIVARRIA mentioned that she told everyone to cross to Mexico via the pedestrian lane because the vehicle line was long.

12.    OLIVARRIA later changed her story and stated that Monroy had purchased three firearms.  OLIVARRIA said Monroy was going to take the firearms to Monroy's house in Mexico where she lives, which was inconsistent with the ATF Form 4473 that Monroy filled out using a United States address.  OLIVARRIA stated Monroy worked in the fields

3

in the United States and used her money to purchase firearms. OLIVARRIA stated that Monroy had purchased other firearms and taken them to Mexico.

13. Given the inconsistent versions of events, SA Taylor mentioned that it would be beneficial to corroborate OLIVARRIA's story by being allowed access to search OLIVARRIA's phone, to which she gave consent and signed ICE Form 73-005S (01/08).

14. Messages on the phone were inconsistent with OLIVARRIA's story, instead showing that Oropeza was also involved and there had been an earlier plan to purchase the firearms and bring them to Mexico.

15. OLIVARRIA then stated that she took Monroy to Jones & Jones to purchase two firearms, drove back to San Luis to pick up Oropeza, and brought her to Jones & Jones to purchase one additional firearm. Monroy and Oropeza then dropped OLIVARRIA off at Walmart and took the vehicle somewhere else until they picked OLIVARRIA back up. OLIVARRIA stated Monroy and Oropeza crossed into Mexico via the pedestrian lane and OLIVARRIA was going to drive the weapons into Mexico.

16. OLIVARRIA said she noticed the signs leaving the United States that state it is illegal to export firearms without a license to which OLIVARRIA also stated she does not have a license to export firearms.

17. A review of OLIVARRIA's criminal history shows a felony conviction in CR-00-00267-PHX-ROS for Transporting Illegal Aliens. In that matter, OLIVARRIA was sentenced to fifteen months in federal prison. OLIVARRIA was also convicted in Yuma County Superior Court CR2011-00474 of Participating in or Assisting a Criminal Syndicate, a felony, and sentenced to three years in state prison.

18. Based on my training and experience and that of other agents, I know that Glock firearms are manufactured outside the state of Arizona and therefore traveled in interstate commerce to be in Arizona.

4

## CONCLUSION

19. For these reasons, I submit that there is probable cause to believe LOURDES OLIVARRIA committed the crimes of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and Smuggling Goods from the United States, in violation of 18 U.S.C. § 554.

20. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

THOMAS A TAYLOR   Digitally signed by THOMAS A TAYLOR
Date: 2023.11.07 17:04:44 -07'0

THOMAS TAYLOR
Special Agent
Homeland Security Investigations

Sworn to and subscribed electronically this ___7th___ day of November, 2023.

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

5