GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-23-1716-PHX-MTL (ASB) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) Count 1 |
| Lourdes Olivarria, | | 18 U.S.C. § 554(a) (Attempted Smuggling Goods from the United States) Count 2 |
| Defendant. | | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### <u>COUNT 1</u>

On or about November 6, 2023, in the District of Arizona, Defendant LOURDES OLIVARRIA, knowing that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate or foreign commerce, to wit:

- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT250;

- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT251; and

- one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBNB210.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about November 6, 2023, in the District of Arizona, Defendant LOURDES OLIVARRIA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT250; one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT251; and one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBNB210, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense including, but not limited to the following property involved and used in the offense:

(1) one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT250;

(2) one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBCT251; and

(3) one (1) Glock 17 Gen 5, 9 mm pistol, bearing serial number CBNB210.

If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date:  December 5, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 3 -